Clifford Wright # 93-7204
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76597

Style Wright Vs. State of Texas

Re: Information on State 11.07 Habeas corpus

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

Cause No. 13267-B

Court 104th Taylor County

Charge ~~████████~~ murder intent cause death

Lawyer in 1999. Jeff Johnson

WR No. Unknown ?

Town. Abilene Texas

Date Feb 11th 2015.

"cover letter"

Dear Hon. Abel Acosta Clerk.:

Enclosed please find my letter. concerning the above cause.

1) I would like to know if a State 11.07 Habeas corpus been Filed in this case? Yes or No. if so when & who?

2) could you please give me the Writ Number _____

3) Has a P.D.R. been Filed in my case? Yes or No. If so what is the P.D.R. Number & when was it Filed, & denied?

Thank you For your cooperation.

Clifford Wright           # 937204

1 of 1